UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SERVICE EMPLOYEES PENSION FUND OF UPSTATE NEW YORK, by Terrence Gorman, John Murray, Mark Curletta, Ruth Heller, Scott Phillipson, and Maureen Tomlinson as Trustees and Fiduciaries,

       Plaintiffs,

-against-

THE GRAND REHABILITATION AND NURSING HOME AT GUILDERLAND, and MOSHE GREEN, individually, as Administrator

       Defendants.

Civil Action No.
5:20-cv-00695
(DNH/ATB)

---

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN THAT,** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above captioned action without prejudice.

DATED: July 10, 2020

**BLITMAN & KING LLP**

By: _/s/ Daniel Kornfeld_
Daniel Kornfeld, of Counsel
Bar Roll Number: 512429
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
e-mail: dekornfeld@bklawyers.com

**SO ORDERED.**

Date: Utica, New York
   July __10__, 2020

_/s/ David N. Hurd_
David N. Hurd
U.S. District Judge

{B0155893.1}